# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA JOSEFINA MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:18-CV-2691 (VEB)<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE FEES** |

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $8,500.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

DATED: September 23, 2019

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

ORDER – SARA MARTINEZ v. SAUL 2:18-CV-2691-VEB